EUGENIA SILBERFELD, Respondent, v. SWISS BANK CORPORATION et al., Appellants, et al., Defendants. (Appeal No. 1.) — Order of an Official Referee granting letters rogatory to take the depositions of certain witnesses in support of objections of the plaintiff to accountings filed, affirmed, with one bill of ten dollars costs and disbursements. The time of appellants to serve and file cross-interrogatories is extended until ten days after the entry of the order hereon. In view of the disposition of the appeal in *Silberfeld* v. *Swiss Bank Corporation, Appeal No. 2* (*post*, p. 884, decided herewith) the granting of letters rogatory was not premature. In the event that any subsequent account filed makes unnecessary the procuring of the testimony to sustain plaintiff's objections, or because of any other reason, the appellants are free to move before the Official Referee for a vacatur of the order. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

EUGENIA SILBERFELD, Respondent, v. SWISS BANK CORPORATION et al., Appellants, et al., Defendants. (Appeal No. 2.) — In an action for an accounting, appeal from an order of an Official Referee, entered upon rulings made by him in the course of the taking of an account, pursuant to a reference in an interlocutory judgment, dismissed, with one bill of ten dollars costs and disbursements to respondent. The time of appellants to comply with the direction of the

Official Referee is extended until ten days after the entry of the order hereon. An appeal does not lie from rulings made in the course of a trial or a hearing before a referee. (*Sirota* v. *Masterbilt Homes Inc.*, 265 App. Div. 881; *Fine* v. *Cummins*, 260 App. Div. 569.) In any event, the order of proof on such a trial or hearing and the stage at which defenses shall be made the subject of a ruling are all within the discretion of the trial court or referee. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.